OLE S. THOMPSON v. MINNEAPOLIS & ST. LOUIS RAILROAD
COMPANY.

May 9, 1900.

Nos. 12,059—(65).

## Verdict Sustained by Evidence.

Evidence examined, and *held* to sustain the verdict of the jury.

Action in the district court for Freeborn county to recover $10,-000 damages for personal injuries received while engaged in unloading wood from a car. The case was tried before Kingsley, J., and a jury, which rendered a verdict in favor of plaintiff for $800. From an order denying a motion for a new trial, defendant appealed. Affirmed.

*Albert E. Clarke,* for appellant.

*Henry A. Morgan* and *Howard H. Dunn,* for respondent.

BROWN, J.[1]

This cause is one to recover damages for injuries to the person of plaintiff, caused, as he alleges, by the carelessness and negligence of the defendant. Plaintiff had a verdict in the court below, and defendant appeals from an order denying a new trial. No questions of law are presented, and we have only to determine whether the verdict is justified by the evidence, and whether the damages awarded ($800) are excessive. We have given the evidence a very careful reading and examination, and can find no reason for disturbing the verdict. The evidence on the questions presented is conflicting, the cause was submitted to the jury under very clear, full, and fair instructions, and the determination of the jury cannot be set aside without departing from the well-settled rule to the effect that a verdict will not be set aside by this court where it has been approved by the trial judge, except in cases where it is clearly and palpably against the evidence. Such is not this case. The damages seem quite large, but not so excessive as to warrant the conclusion that the jury was actuated by feelings of passion and prejudice.

Order affirmed.

[1] LOVELY, J., having been of counsel, took no part.